389 A.2d 180

Commonwealth v. Stowe, Appellant.

Submitted March 21, 1977. Harry Tischler, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Abraham J. Gafni, Deputy

District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.